IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 07-113
)
KATHERINE SARDINEER )

O R D E R

AND NOW, to wit, this 18th day of Nov, 2009, the within motion is granted, and it is hereby ORDERED that Indictment No. 07-113 Criminal against Katherine Sardineer be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services